

# In the Missouri Court of Appeals
# Eastern District

DECEMBER 8, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED101267    STATE OF MISSOURI, RES V TORRIONO BAKER, APP

2.  ED101760 STATE OF MISSOURI, RES V STEVEN RENDLEMAN, APP

3.  ED102149 STATE OF MISSOURI, RES V FLORINE MCBRIDE, APP

4.  ED102189 MARQUAL R. MCGEE, RES V CITY OF PINE LAWN, APP

5.  ED102194 ST. MARY'S HEALTH CTR, RES V DONALD G. HARDEN, APP

6.  ED102234 RICHARD BRINKMANN, RES V TAMMY BRINKMANN, APP

7.  ED102295 TERRY GENE WATSON, APP V STATE OF MISSOURI, RES

8.  ED102326 JIMMIE PAMPKIN, APP V STATE OF MISSOURI, RES

9.  ED102396 C.A.H., RES V J.A.T., APP

10.  ED102548 KIRTIS LEWIS, APP V STATE OF MISSOURI, RES

11.  ED102903    FIRESTONE BLDG PROD, RES V ANTHONY MCDONALD, APP

12.  ED102925 CHRISTINE SIMMONS, RES V HUBELL KILLARK ELEC, APP